IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

STATESVILLE DIVISION

No. 5:05-CV-266-V

| | |
|---|---|
| JUDITH STERLING, Administratrix ) <br> Of the Estate of Daniel Wayne Sterling, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SUPER SERVICE, INC., GAINEY ) <br> CORPORATION, and PAUL C. HOOPER ) <br> ) <br> Defendants. ) | **CONSENT ORDER** |

The Court hereby recognizes the appearance of counsel for unnamed plaintiffs, Employer Double "K" Transportation, Inc., and its workers' compensation carrier, National Benefits America, pursuant to N.C.G.S. §97-10.2. Copies of all court filings, notices of hearing, notices of depositions, orders, trial notices, pleadings, discovery responses, and all other appropriate correspondence and documents related to the above cause shall be served upon unnamed plaintiffs through their counsel.

This the 25th day of April, 2006.

_Carl Horn, III_
Honorable Carl Horn
U.S. Magistrate Judge

Consented to:

_(signature)_

Mark A. Leach
Attorney for unnamed plaintiffs

_(signature)_

Jerry Smith
Attorney for Plaintiff

_(signature)_

David Duke
Attorney for Defendants